IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDWARD C. BOONE, | § | |
| | § | |
| v. | § | No. 3:18-CV-02438-S (BT) |
| | § | |
| BOWIE COUNTY, TEXAS, et al. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED July 30, 2019.

_____
**KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE**